IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____Civil_____ DIVISION

Rev. Pamela D. Richardson
(Print your full name)

Plaintiff *pro se*,

v.

United Methodist Church SC,
Epworth Memorial United
Methodist Church & Children's Home
(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1 : 23 -CV- 0 7 4 0**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

___    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

___    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

___    Other (describe) _____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      Rev. Pamela D. Richardson

   Address   4161 Hambrick Way
             Stone Mountain, GA 30083

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      United Methodist Church S.C.
   Address   4908 Colonial Dr.
             Columbia, SC 29203

   Name      Epworth Children's Home
   Address   2900 Millwood Ave.
             Columbia, SC 29205

   Name      _____
   Address   _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

6. When did the alleged discrimination occur? (State date or time period)

   2018 - present

   ## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency? ___✓___ Yes _____ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ___✓___ Yes _____ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: November 23, 2022

9. If you are suing for **age discrimination**, check one of the following:

   _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

\_\_\_\_\_ Yes  \_\_\_\_\_ No  **√** Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____
_____
_____
_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

\_\_\_\_\_ Yes  \_\_\_\_\_ No  **√** Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____
_____
_____
_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ___ failure to hire me
    ✓ failure to promote me
    ___ demotion
    ✓ reduction in my wages
    ✓ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ___ termination of my employment
    ___ failure to accommodate my disability
    ___ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ✓ my race or color, which is African American
    ___ my religion, which is _____
    ✓ my sex (gender), which is ___ male ✓ female
    ___ my national origin, which is _____
    ___ my age (my date of birth is _____)
    ___ my disability or perceived disability, which is:

    ✓ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ___ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

1. Normally pastors in the United Methodist Church are appointed. In 2018 Rev John Holler (President & CEO of Epworth Children's Home) was allowed by the UMCSC to interview and choose between myself and a single unmarried African American female pastor. Rev. Holler chose me but made it very clear, verbally and behaviorally, how angry and frustrated he was with Bishop Jonathan Holston for not sending a Black male pastor. After eight years of asking for a Black pastor "at least by appointing me the Bishop got it half right." I am an African American female pastor. He also said several times how he got the 'best bang for his buck' considering my husband and oldest son were Black. They could also serve with me. I was the first African American pastor to serve

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff __✓__ still works for defendant(s)
    _____ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes __✓__ No

    If you checked "Yes," please explain: _____
    _____
    _____
    _____
    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial? _____ Yes __✓__ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__✓__ Defendant(s) be directed to remove negative reports, Full Eldership or Retirement

__✓__ Money damages (list amounts) $2,940,000.00

__✓__ Costs and fees involved in litigating this case

__✓__ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this 16th day of February, 2023

_Pamela D. Richardson_
(Signature of plaintiff *pro se*)

Pamela D. Richardson
(Printed name of plaintiff *pro se*)

4161 Hambrick Way
(street address)

Stone Mountain, GA 30083
(City, State, and zip code)

pamela.richardson4161@gmail.com
(email address)

404-322-8529
(telephone number)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/23/2022

**To:** Rev. Pamela D. Richardson
4161 Hambrick Way
Stone Mountain, GA 30083
Charge No: 436-2022-01321

EEOC Representative and email: Mark Maddox
Investigator
mark.maddox@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 436-2022-01321.

On behalf of the Commission,

Digitally Signed By: Darrell Graham
11/23/2022

Darrell Graham
District Director

Cc:
Kenneth L Nelson
South Carolina Conference of The United Methodist Church
P.O. Box 303
Orangeburg, SC 29116

Art Justice
Turner Padget
PO BOX 5478
Florence, SC 29502


Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC | Agency(ies) Charge No(s):<br>436-2022-01321 |
|---|---|---|
| | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Rev. PAMELA D. RICHARDSON | (404) 322-8529 | 1962 |

Street Address

4161 Hambrick Way

STONE MOUNTAIN, GA 30083

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| United Methodist Church South Carolina Epworth Children's Home | 501+ Employees | (803) 256-7394 |

Street Address

4908 Colonial Dr

STARK TERRACE, SC 29203

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address    City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Race, Retaliation, Sex | Earliest: 06/01/2018    Latest: 11/07/2022 |
| | Continuing Action |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I. I was hired on June 8, 2018, as a Pastor. I was immediately assigned to the Epworth Memorial United Methodist Church and Childrens home. John Holler (white), C.EO. & President of Epworth Memorial United Methodist Church and Childrens home informed me that he wanted a black male pastor instead of me for my position. I was also informed that I was selected because there were no black male candidates for the position as pastor. I was shocked at his comments, but I was glad to have the pastoral position. I performed my job as required and received good evaluations from Mr. Holler for the calendar years of 2018, & 2019. During 2019, I learned that Mr. Holler was talking negatively behind my back to my subordinates and management staff. Mr. Holler lied and stated that I was not performing effectively in my administrative or pastoral duties. I confronted Mr. Holler during 2019, when I learned about the lies he was spreading about me and this is when he started acting in a hostile manner towards me by yelling, lying, lack of administrative support, omitting me from meetings and issuing me unwarranted disciplinary actions. I also believe that Mr. Holler directed Miss Bernadette Cobbs (black female), Residential Director to attack me by yelling, lying on me, and acting very aggressively towards me. She also turned my staff against me by having them report to her instead of me, and constantly lied to my staff about my character. I complained to Kathy Jamieson (white female), District Superintendent during 2019, regarding the harassment and she appeared to be

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Rev. PAMELA D. RICHARDSON**<br>**11/10/2022**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

| EEOC Form 5 (11/09) | | |
|---|---|---|
| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>436-2022-01321 |
| *State or local Agency, if any* | | and EEOC |

very agitated at me. Miss Jamieson also started harassing me by lying on me, giving me negative evaluations, and accusing me of not doing my administrative and pastoral duties. Miss Jamieson also prevented me from becoming a fully ordained pastor. Ordination allows one to have more income and prominence as a pastor. During June 2020, Miss Jamieson sent me to a less desirable location to serve as a pastor. This was done to set me up for failure and I did not receive any support as a further means of retaliation. II. On March 1, 2021, I went out on medical leave due to an injury I received on the job during November 2020. I have not received administrative support, ministerial updates, was not provided with full pay, and not allowed to be fully ordained.     III. I believe that I have been discriminated against because of my race (black), sex (female) and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Rev. PAMELA D. RICHARDSON**<br>**11/10/2022**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Epworth Memorial UMC and Children's Home in their 126 yrs.

2. From July 2018 thru July 2020 Rev. Holler spoke harshly to me, about me, lied on me, did not include me, forced me to work unreasonable hours, often turned leadership and staff against me and my ministry. Even so, Rev Holler and my UMCSC District Superintendent Rev. Dr. Kathy Jamieson gave me very positive evaluations and committee reports for 2018 and thru the 2nd quarter of 2019.

3. Ms. Bernadette Cobbs, Director of Cottages at Epworth, was directed by Rev. Holler and other Epworth leadership to verbally attack me and terrorize me. Several African American Staff informed me that Epworth was considered a "plantation"; the Administration bldg was the Big/White House and the Cottages where mostly Black youth and Cottage lived was the plantation field. Ms Cobbs was the "Overseer." She routinely told staff not to be involved in my ministry and no longer seek pastoral care from me.

_14. attachments

4. After informing my UMCSC District Superintendent and Bishop Jonathan Holston about the blatant discrimination on the Epworth Campus, I received negative evaluations from Rev. Holler and D.S. Kathy Jamieson. This cost me my promotion to Full Elder and an appointment change to cover three churches in Orangeburg, S.C. This was blatant retaliation for "not playing ball," as Rev. Holler informed me. He also told me I was being maltreated because the "Epworth leadership did not want a pastor walking in her authority." I was set up to fail.

5. My family and I were forced to move during Covid and contracted it. I was then forced to leave my home and doctors in GA to live in Orangeburg while pastors only worked from home. Rev Holler from Epworth, Rev. Dr. Kathy Jamieson and new D.S. Kenneth Nelson were responsible for those forced moves (UMCSC).

6. I was treated like staff rather than appointed clergy; D.S. Kathy Jamieson forced me to work and report during a period of rest and Rev. Holler and

14. attachments

Epworth leadership forced me, unlike other staff, to fill out 30 min increment time sheets. This is not what is expected or required for clergy.

7. Since being injured in Nov 2020, I have been out on long term medical leave. And although opportunities to be fully ordained have been available to me, I was denied. If fully ordained there would be provisions for my full pay and benefits. I would be able to leave the UMCSC. Only once have I received a phone call from UMCSC D.S. Kenneth Nelson. This is highly unusual in our connectional denomination. This is retaliation for reporting discrimination as an African American female pastor. Also many witnesses are aware Rev.Dr. Kathy Jamieson (UMCSC District Superintendent) discriminated female clergy women, especially African American females. The Bishop, Board, D.S. Kenneth Nelson and several other maltreated female clergy knew this. I did not know until she (Kathy Jamieson) made clear I would learn how to be a "Southern Black."